UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PELLE PELLE, INCORPORATED,

        Plaintiff,        CASE NO. 07-14281
                              HONORABLE JOHN CORBETT O'MEARA

v.

FACTORY TEXTILVERTRIEB, GMBH,

        Defendant.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This matter is before the court on Magistrate Judge Pepe's October 01, 2008, Report and Recommendation. No objections have been filed. The court being fully advised in the premises;

IT IS HEREBY ORDERED that the Report and Recommendation is ADOPTED and entered as the findings and conclusions of this court.

IT IS FURTHER ORDERED that plaintiff's motion for discovery sanctions, filed August 15, 2008, is GRANTED.

                                            s/John Corbett O'Meara
                                            United States District Judge

Date: November 25, 2008

I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, November 25, 2008, by electronic and ordinary mail.

                                            s/William Barkholz
                                            Case Manager