UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PELLE PELLE, INCORPORATED,

        Plaintiff,        CASE NUMBER: 07-14281

v.        HONORABLE JOHN CORBETT O'MEARA

FACTORY TEXTILVERTRIEB, GMBH,

        Defendant.
                                           /

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

       This matter is before the court on Magistrate Judge Steven D. Pepe's August 03, 2009, Report and Recommendation. No objections have been filed. The court being fully advised in the premises;

       IT IS HEREBY ORDERED that the report and recommendation is ADOPTED and entered as the findings and conclusions of this court.

       IT IS FURTHER ORDERED plaintiff's motion for permanent injunction, damages and attorney fees, filed December 09, 2008, is GRANTED IN PART and DENIED IN PART consistent with the report and recommendation.

                                           s/John Corbett O'Meara
                                           United States District Judge

Date:  September 28, 2009

  I hereby certify that a copy of the foregoing document was served upon the parties of record on this date, September 28, 2009, by electronic and ordinary mail.

              s/William Barkholz
              Case Manager